# Exhibit E

## RE: Baychester Houses Reasonable Accommodation Transfer Issue

Lupin, Andrew <Andrew.Lupin@nycha.nyc.gov>
Fri 5/27/2022 11:56 AM

To: Elizabeth Gyori <egyori@lsnyc.org>;Luis A. Henriquez <Lahenriquez@lsnyc.org>

Cc: Connell, Gillian <Gillian.Connell@nycha.nyc.gov>;Schaffer, Marissa <Marissa.Schaffer@nycha.nyc.gov>

Good morning,

Yes, as a practical matter, the approval of the 2-bedroom voucher means Mr. Liboy has the option of transferring to a two-bedroom unit at Baychester (pending availability). If he would like to transfer within Baychester, Gillian's team can assist in coordinating this with PACT property management.

If he would like to transfer out of Baychester, Mr. Liboy can submit the request for a transfer voucher, which, upon issuance, he will be able to use to lease a 2-bedroom unit elsewhere.

Thanks,


**Andrew Lupin**
Senior Counsel
Law Department | Housing Litigation
90 Church St , New York, NY 10007
Tel. +1 (212) 776-5183
New York City Housing Authority | nyc.gov/nycha

*The NYCHA Journal, now available anytime, anywhere.* *Join the conversation.*

---

**From:** Elizabeth Gyori <egyori@lsnyc.org>
**Sent:** Friday, May 27, 2022 10:58 AM
**To:** Lupin, Andrew <Andrew.Lupin@nycha.nyc.gov>; Luis A. Henriquez <Lahenriquez@lsnyc.org>
**Cc:** Connell, Gillian <Gillian.Connell@nycha.nyc.gov>; Schaffer, Marissa <Marissa.Schaffer@nycha.nyc.gov>
**Subject:** [EXTERNAL] Re: Baychester Houses Reasonable Accommodation Transfer Issue

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@cyber.nyc.gov as an attachment (Click the More button, then forward as attachment).

Good morning,

Thank you for your reply. We will discuss this information with Mr. Liboy. However, could you please provide clarification on what the approval of a 2-bedroom voucher on May 12, 2022 practically means? Does it mean that NYCHA and C&C are willing to transfer Mr. Liboy to a PBV 2-bedroom apartment at Baychester? And if Mr. Liboy chooses to request the portable voucher, NYCHA will provide one for a 2-bedroom?

Thanks.

Best,
Elizabeth

--
Elizabeth Gyori
Skadden Fellow/Staff Attorney
Legal Services NYC/Manhattan
40 Worth Street, Suite 606
New York, NY 10013
egyori@lsnyc.org
Phone: (646) 442-3335
Pronouns: she/her/hers



*This e-mail is sent by a law firm and contains information that may be privileged and confidential and may also be covered by the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient, do not disseminate; please delete the e-mail and notify us immediately.*

🌲 *Please consider the environment before printing this email message.*

---

**From:** Lupin, Andrew <Andrew.Lupin@nycha.nyc.gov>
**Sent:** Tuesday, May 24, 2022 4:42 PM
**To:** Elizabeth Gyori <egyori@lsnyc.org>; Luis A. Henriquez <Lahenriquez@lsnyc.org>
**Cc:** Connell, Gillian <Gillian.Connell@nycha.nyc.gov>; Schaffer, Marissa <Marissa.Schaffer@nycha.nyc.gov>
**Subject:** Baychester Houses Reasonable Accommodation Transfer Issue

Good afternoon,

NYCHA is in receipt of your e-mail requesting information regarding Mark Liboy's reasonable accommodation request. In response to Mr. Liboy's March 3, 2022 reasonable accommodation request, in which he sought a "larger voucher size due to a disability," NYCHA granted his request for a larger two-bedroom voucher and Voucher Payment Standard in order to afford him sufficient space for his physical therapy. Please find the approval, dated May 12, 2022, attached.

In addition, NYCHA will approve a request for a transfer voucher in order to enable him to lease a unit (at which he will continue to receive a NYCHA-administered subsidy) in closer proximity to his medical providers. Please find the tenant-based transfer voucher request form, issued May 20, 2022, attached, which Mr. Liboy can complete and submit.

With respect to your questions about Mr. Liboy's removal from the Rutgers Houses waiting list in December 2018, when his development converted through RAD/PACT to project-based Section 8, NYCHA informed him that while he was no longer eligible to transfer to a NYCHA public housing development, he was instead eligible for a tenant-based Section 8 transfer voucher. As we have previously discussed, project-based Section 8 voucher holders cannot transfer to public housing developments. Mr. Liboy's development converted from public housing to project-based Section 8 before a vacant apartment in Rutgers Houses became available, so he was no longer eligible to that particular type of transfer. However, insofar as a tenant-based Section 8 transfer voucher affords him the flexibility to receive a subsidy at an apartment in or near the Lower East Side (without needing to remain on a waiting list for a potential vacancy to occur), NYCHA did not disapprove his previous accommodation request; it advised him that it could accommodate him a different way. Mr. Liboy thereafter requested a tenant-based transfer voucher in March 2019, which NYCHA issued approximately one month later as a reasonable accommodation, but which Mr. Liboy failed to use. In any case, NYCHA will agree to once again issued Mr. Liboy a tenant-based transfer voucher, this time for a two-bedroom unit, after he submits the request form issued on May 20, 2022.

Please let me know if you have additional questions or wish to discuss.

**Andrew Lupin**
Senior Counsel
Law Department | Housing Litigation
90 Church St, New York, NY 10007
Tel. +1 (212) 776-5183
New York City Housing Authority | nyc.gov/nycha

*The NYCHA Journal, now available anytime, anywhere.* **Join the conversation.**

---

This e-mail and any subsequent e-mails in this thread and any included attachments are for the exclusive and confidential use of the intended recipient(s). If you received this e-mail in error, please do not read, distribute, or take action in reliance upon this e-mail. Instead, please notify the signatory above immediately by return e-mail and promptly delete this e-mail and any attachments from your computer system. Neither the New York City Housing Authority nor the signatory above waive attorney-client or attorney work-product privilege by the transmission of this e-mail and any attachments.

Please think of the environment before you print this e-mail