```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK LIBOY,

                    Plaintiff,

- against -

GREGORY RUSS, LISA BOVA-HIATT, and
NEW YORK CITY HOUSING AUTHORITY,

                    Defendants.

22 Civ. 10334 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby adopts the proposed briefing schedule on Defendants' Motion to Dismiss. (See Dkt. No. 24.) Defendants' Motion to Dismiss shall be filed on or before February 6, 2023. Plaintiff's opposition shall be filed on or before March 6, 2023. Defendants' reply shall be filed on or before March 20, 2023.

**SO ORDERED.**

Dated:    18 January 2023
            New York, New York

                                    _____
                                    Victor Marrero
                                    U.S.D.J.