**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MARK LIBOY,

                Plaintiff,                  22 **CIVIL** 10334 (VM)

      -v-                                    <u>**JUDGMENT**</u>

GREGORY RUSS, LISA BOVA-HIATT, and
NEW YORK CITY HOUSING AUTHORITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 29, 2023, it is hereby ORDERED that the motion (Dkt. No. 27) of defendants Gregory Russ, Lisa Bova-Hiatt, and the New York City Housing Authority (collectively, "Defendants") to dismiss, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Complaint (Dkt. No. 1) filed by plaintiff Mark Liboy is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York
           September 29, 2023

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                              **BY:**   _____
                                                         **Deputy Clerk**